Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:    619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
slevine@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE BRANCH

| | |
|---|---|
| ROBERT PLACE, JR., | Case No.  CV-10-03487-LHK |
| Plaintiff, | STIPULATION TO DISMISS |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

     Plaintiff, ROBERT PLACE, JR., filed the present action against NCO FINANCIAL SYSTEMS, INC. ("NCO") on August 9, 2010.  NCO filed its responsive pleading on September 7, 2010.

///

///

///

Stipulation to Dismiss

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41, each party to bear his/its own fees and costs.

Dated: 11/24/10                    KROHN & MOSS, LTD.

                                   /s/ Douglas Baek
                                   Douglas Baek,
                                   Attorney for Plaintiff,
                                   Robert Place, Jr.

Dated:  11/24/10                   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                   /s/ Debbie P. Kirkpatrick
                                   Debbie P. Kirkpatrick,
                                   Attorney for Defendant,
                                   NCO Financial Systems, Inc.

IT IS SO ORDERED.

Dated:  December 14, 2010          _____
                                   Hon. Lucy H. Koh
                                   United States District Judge